IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
|     Plaintiff, | ) CASE NO. 5:24-cv-00235-JRA |
| | ) Judge: John R. Adams |
|     v. | ) |
| | ) **ORDER GRANTING PLAINTIFF'S** |
| ROBERT CAMPBELL JR. | ) **MOTION FOR LEAVE TO FILE** |
| | ) **EXHIBIT 1 UNDER SEAL** |
|     Defendant. | ) |

This Court, having reviewed and considered Plaintiff Jane Doe's ("Plaintiff") Motion for Leave to File Exhibit 1 to Plaintiff's Declaration in Support of her Motion for Default Judgment under Seal, the memorandum in support thereof, the other related papers and pleadings on file herein, with good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that the following document shall be filed under seal: Exhibit 1 to Plaintiff's Declaration in Support of Plaintiff's Motion for Default Judgment, in accordance with Fed. R. Civ. P. 5.2(d).

**IT IS SO ORDERED.**

Dated:  April 18, 2024

*/s/ John R. Adams*
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT