IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | CASE NO. 5:24-cv-00235-JRA |
| Plaintiff, ) | |
| ) | Judge: John R. Adams |
| v. ) | |
| ) | **ORDER GRANTING** |
| ROBERT CAMPBELL JR. ) | **PLAINITFF'S MOTION FOR** |
| ) | **DEFAULT JUDGMENT** |
| Defendant. | |

This Court, having reviewed and considered Plaintiff Jane Doe's ("Plaintiff") Motion for Default Judgment against Defendant Robert Campbell ("Defendant"), the memorandum in support thereof, the other related papers and pleadings on file herein, with good cause appearing therefore, and the Defendant having been properly served with notice of this action, orders as follows:

IT IS HEREBY ORDERED that Plaintiff's Motion under Fed. R. C. P. 55 is GRANTED.

IT IS FURTHER ORDERED that this Court enters Judgment in favor of Plaintiff against Defendant. Plaintiff has established Defendant's liability on each of her claims related to the nonconsensual distribution of pornography, specifically violations of 15 U.S.C. §6851, O.R.C. §2307.66, intentional infliction of emotional distress, intrusion upon seclusion, and publication of private facts. Further, this Court finds that Defendant's conduct has, directly and proximately, caused damages to the Plaintiff, including mental distress and pecuniary harm.

IT IS FURTHER ORDERED that the judgment be and hereby is rendered against Defendant and in favor of Plaintiff.

IT IS FURTHER ORDERED that Plaintiff is awarded statutory damages pursuant to 15 U.S.C. §6851 in the amount of one hundred and fifty thousand dollars ($150,000.00). The Court declines to award any additional damages as they are duplicative.

IT IS FURTHER ORDERED that Defendant is permanently enjoined and prohibited from disseminating any explicit images of the Plaintiff in any format whatsoever, including those referenced in the Complaint. Defendant shall take all actions necessary to cause the permanent deletion of the explicit images of the Plaintiff, whether physical or digital copies of the images, and take all actions necessary to delete the Images from all websites or platforms on which Defendant has distributed the Images.

IT IS FURTHER ORDERED that Defendant shall take no action which would disclose the Plaintiff's identity as the Jane Doe plaintiff in this matter. Any subsequent court filings in this matter shall refer to the Plaintiff as "Jane Doe" and maintain her anonymity.

IT IS FURTHER ORDERED that this Court retains jurisdiction to enforce this Judgment.

IT IS FURTHER ORDERED that all relief prayed for by any party but not herein expressly granted be and is hereby denied.

**IT IS SO ORDERED**.

Dated: June 7, 2024

/s/ John R. Adams
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT